UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONALD P. MILIONE,
                                 Plaintiff,

                            20 Civ. 903 (LGS)

             -against-

                            ORDER

AETNA LIFE INSURANCE COMPANY,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby ORDERED that the initial pretrial conference scheduled for **May 21, 2020, at 10:50 a.m.** will be held at **9:50 a.m**.  The conference will be telephonic and will occur on the following conference call line: Dial-in: 888-363-4749 Access code: 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: May 20, 2020
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE