UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONALD P. MILIONE, D.C.,

          Plaintiff,

     -against-

AETNA LIFE INSURANCE COMPANY,

          Defendant.
------------------------------------------------------------X

**ORDER**

20-CV-903 (LGS) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above captioned action for July 16, 2020, at 2:30 p.m., shall be held on September 23, 2020, at 10:30 a.m.  The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

    The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set forth in the procedures, no later than 3 days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form, **except that these submissions shall be made via e-mail to:** laura_midwood@nysd.uscourts.gov.

    Additionally, at least seven days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated: New York, New York      SO ORDERED:
       July 13, 2020

                                      _/s/ Kevin Nathaniel Fox_
                                      KEVIN NATHANIEL FOX
                                      UNITED STATES MAGISTRATE JUDGE