UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DONALD P. MILIONE,                                          :
                              Plaintiff,   :
:       20 Civ. 903 (LGS)
      -against-                                            :
:       ORDER
AETNA LIFE INSURANCE COMPANY,                               :
                            Defendant.   :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Civil Case Management Plan at Dkt. No. 20 requires the parties to file a joint status letter by September 21, 2020;

      WHEREAS, the parties did not timely file this letter.  It is hereby

      **ORDERED** that the parties shall file the letter as soon as possible and no later than **September 25, 2020**.

Dated:  September 22, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**